**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Eusebio VALENCIA–AGUIRRE,
Defendant–Appellant.**

**No. 06–10613
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 24, 2006.

Terry Clifton Christian, Christian and Associates, P.A., Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, TJOFLAT and MARCUS, Circuit Judges.

PER CURIAM:

In this appeal following a remand to correct an error under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Terry Clifton Chris-

tian, appointed counsel for Jose Eusebio Valencia–Aguirre, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Valencia–Aguirre's sentences are **AFFIRMED**.